■ In the Matter of THOMAS F. COLLIGAN, Petitioner, v CITY OF WHITE PLAINS et al., Respondents. — Proceeeding pursuant to CPLR article 78 to review a determination of the respondent commissioner of public safety, dated May 9, 1980, which, after a hearing, directed the petitioner to report for specified light duty. Determination confirmed, without costs or disbursements, and proceeding dismissed on the merits. The determination under review is supported by substantial evidence. Mollen,. P.J., Hopkins, Titone and Weinstein, JJ., concur.